# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

    Petitioner,

v.

THE CITY OF SEATTLE,

    Respondent.

Case No. C19-1326-JCC

ORDER

This matter comes before the Court on the report and recommendation of The Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 4). Having reviewed both the report and recommendation and the relevant record, the Court ORDERS as follows:

1. The Court ADOPTS the report and recommendation (Dkt. No. 4);
2. The Court DISMISSES Plaintiff's proposed habeas petition (Dkt. No. 1-1) with prejudice;
3. The Court DECLINES to issue a certificate of appealability;
4. The Court STRIKES Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) as moot; and
5. The Court DIRECTS the Clerk to send copies of this order to Plaintiff and Judge Tsuchida.

ORDER
C18-0688-JCC
PAGE - 1

DATED this 18th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0688-JCC
PAGE - 2